**Order entered December 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01369-CV

### MICHAEL D. WILSON, Appellant

### V.

### WOODLAND HILLS APARTMENT, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-15-04980-C**

## ORDER

The Court has reviewed the clerk's record in this case and has determined that it does not include all of the items necessary to resolve the appeal. Specifically, the clerk's record does not include a copy of the bond posted by appellant and reflected by receipt #CV-2015-14435. Accordingly, the Court **ORDERS** John Warren, County Clerk of Dallas County, Texas, to file **within five (5) days of the date of this order** a supplemental clerk's record including a copy of the bond reflected by receipt #CV-2015-14435.

/s/    ELIZABETH LANG-MIERS
        PRESIDING JUSTICE